# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-2621-WJM-CBS

DOMAIN VAULT LLC,

    Plaintiff/Counterclaim Defendant,

v.

ECLINICALWORKS LLC,

    Defendant/Counterclaim Plaintiff.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counterclaim Defendant Domain Vault LLC and Defendant/Counterclaim Plaintiff eClinicalWorks, pursuant to F.R.C.P. 41(a)(1)(A)(ii) and the parties' settlement agreement reached in this matter, hereby stipulate to the dismissal of this lawsuit with prejudice, including the dismissal of all claims and counterclaims with prejudice, with each party to bear its own costs and attorneys' fees.  The parties further stipulate and agree that this Court will retain jurisdiction over the parties and the lawsuit for purposes of enforcing the terms of the parties' settlement agreement.

Dated:  September 14, 2015.

| | |
|---|---|
| Andrew C. Powell PLLC | Bryan Cave LLP |
| s/ *Andrew C. Powell* | s/ *Timothy M. Reynolds* |
| Andrew C. Powell | Timothy M. Reynolds |
| 5302A Beltline Rd. | Erin A. Kelly |
| Dallas, TX 75254 | 1801 13th Street, Ste. 300 |
| Phone: 303-417-8510 | Boulder, CO 80302 |
| Email: andrewcpowell00@gmail.com | Phone: 303-417-8510 |
| | Email: tim.reynolds@bryancave.com |
| Attorneys for Domain Vault LLC | |
| | Attorneys for eClinicalWorks LLC |